UNITED STATES of America,
Plaintiff—Appellee,

v.

Carlos DEAGUERO, Defendant—Appellant.

No. 06–50428.

United States Court of Appeals,
Ninth Circuit.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**184**

Submitted Oct. 22, 2007 *.

Filed Nov. 20, 2007.

Michael J. Raphael, Esq., Mark A. Young, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Carlos Deaguero, Coleman, FL, pro se.

Myra Mossman, Santa Barbara, CA, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and IKUTA, Circuit Judges.

MEMORANDUM **

Carlos Deaguero appeals from his guilty-plea conviction and 108–month sentence for conspiracy to possess with intent to distribute a controlled substance, and money laundering, in violation of 21 U.S.C. § § 846 and 841(a)(1) and (b)(1)(A), and 18 U.S.C. § 1956(h), respectively. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Deaguero's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant an opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Be-cause Deaguero knowingly and voluntarily waived his right to appeal his sentence and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal of his sentence. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000).

Accordingly, we **GRANT** counsel's motion to withdraw, **AFFIRM** the conviction, and **DISMISS** the appeal of the sentence.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

